**Order entered March 11, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00470-CV**

**JOHN DOE I, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE II, A MINOR, Appellants**

**V.**

**RIPLEY ENTERTAINMENT, INC. AND JIM PATTISON U.S.A., INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07174**

## ORDER

Before the Court is appellants' March 8, 2019 unopposed motion for leave to file an amended notice of appeal. We **GRANT** the motion. Appellants shall file, within five days of the date of this order, an amended notice of appeal from the trial court's judgment signed on February 26, 2019.

/s/  ERIN A. NOWELL
    JUSTICE